435 A.2d 907

Commonwealth v. McConnell, Appellant.
Petition for Allowance of Appeal Denied Sept. 8, 1981.

Submitted Sep-

tember 11, 1980. Michael A. Klimpl, for appellant; Kenneth G. Biehn, District Attorney, for Commonwealth, appellee.

Before SPAETH, HESTER and CAVANAUGH, JJ.

Order affirmed.